— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Albert Laimbeer, Appellant, v. Brown Brothers, Inc., Respondent.— Judgment reversed and new trial granted, costs to abide the event. This court is of opinion that it was error to exclude the testimony of the plaintiff as to the condition of the top of the wall in question when he last saw it before the time of the accident, in view of his testimony that no work had been done at the top of the wall between the time he saw it and the happening of the accident. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Charles H. Mills, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

Alfred E. Overton, Plaintiff, v. Brooklyn Trust Company, etc , Defendant.— Judgment is directed for the plaintiff, without costs, according to the terms of the submitted controversy. This court is of opinion that the trust in question terminated upon the death of Anna R. Overton, and that the plaintiff, Alfred E. Overton, thereupon became entitled to possession of the securities held by defendant for the purposes of the trust. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Carr.

Pasqualena G. Pecci, Appellant, v. Church of the Immaculate Heart of Mary of Scarsdale, N. Y., and Others, Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. George W. Taft, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Cesare Rotunda, etc., Appellant.— Judgment of conviction affirmed by default. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Leo Signorelli, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Leo Signorelli, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Frank Ravold, Respondent, v. Louise J. Hamm, as Administratrix, etc., of Henry Hamm, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Kate Reilly, as Administratrix, etc., of James Reilly, Deceased, Appelant, v. New York, New Haven and Hartford Railroad Company and Jobson-Gifford Company, Respondents.— Judgments and order unanimously